Curriculum Vita
# James H. Hilkey, Ph.D.

---

**Business Address:**   Duke Forest Place Suite B120
3326 Chapel Hill Boulevard
Durham, North Carolina 27707
Telephone: (919) 219-3748
Fax: (919) 932-1734
Email: jhilkey01@aol.com

**Home Address:**   802 Cedar Falls Road
Chapel Hill, North Carolina 27514
Telephone: (919) 929-3933

**Date/Place of Birth**   Modesto, California
March 21, 1946

**Marital Status:**   Married, Cynthia Wilhelm, Ph.D., Five children

**Education:**

| 1975 | Ph.D. | *Counseling Psychology,* (APA Approved), Indiana State University, Terre Haute, Indiana |
| 1970 | M.C. | *Counseling Psychology* Arizona State University, Tempe, Arizona |
| 1968 | B.A. | *Psychology* Westmont College, Santa Barbara, California |

**Professional Organizations:**

American Psychological Association
North Carolina Psychological Association

**Current Employment:**

1996 – Present   *Licensed Practicing Psychologist*
Durham, North Carolina

Practice provides criminal and civil forensic evaluations to state and Federal Courts. Admitted as an expert witness in multiple Federal Judicial Districts, and Military Courts and in Superior Courts in North Carolina. Consultation also provided to trial attorneys. Practice includes individual and group psychotherapy

Curriculum Vita
James H. Hilkey, Ph.D.
Page Two

                                         to adolescents and adult patients and psychological assessment including threat risk assessment.

**Past Employment:**

1980-1996

*Chief, Psychology Services*
Federal Bureau of Prisons
Federal Correctional Institution
Butner, North Carolina

Responsible for clinical and administrative supervision for twenty psychologists servicing the forensic/psychiatric inpatient unit, substance and sex offender programs, and general psychological services for the Federal Correctional Institution. Responsible for APA Approved Predoctoral Training Program in Forensic Psychology, a member of the Warden's Executive Staff, and administered the Employee's Assistance Program.

1976-1980

*Supervisory Clinical Psychologist*
Mental Health Division
Federal Correctional Institution
Butner, North Carolina

Responsible for clinical and administrative services to an acute psychiatric inpatient population of mentally ill federal offenders. Conducted forensic evaluations for the Federal Courts. Conducted psychological evaluations for Witness Protection Program.

1971-1976

*Staff Psychologist*
United States Penitentiary
Terre Haute, Indiana

Responsible for planning, organizing and implementation of treatment services of federal prisoners with history of addictive disorders.

1970-1971

*Graduate Fellow*
Department of Counseling Psychology
Indiana State University, Terre Haute, Indiana

Taught group dynamic course, assisted in supervising professor's teaching load and research projects

1969-1970

*Resident Counselor*
LaMancha Resident Complex
Tempe, Arizona

Curriculum Vita
James H. Hilkey, Ph.D.
Page Three

Resident counselor and coordinator of psychological services for commercial student resident complex

1968-1969  *Child and Adolescent Therapist*
Arizona State Hospital
Phoenix, Arizona

Provided clinical services to severely emotionally disturbed children and adolescents in a resident/inpatient state hospital

**Teaching-Academic Positions**

1976-1996  *Clinical Adjunct Professor*
Department of Psychiatry
School of Medicine
University of North Carolina
Chapel Hill, North Carolina

Served as clinical supervisor and member of the training committee for predoctoral internships in clinical psychology

1979 – 1998  *Lecturer*

Division of Rehabilitation Psychology
School of Medicine, University of North Carolina
Chapel Hill, North Carolina

Taught selected courses to master-level students in Rehabilitation Psychology

1978 – 1989  *Lecturer*
Department of Clinical Psychology
Duke University, Durham, North Carolina

Served as on-site practicum supervisor for third and fourth Year doctoral students in clinical psychology. Member, Doctoral dissertation committees.

1979 – 1988  *Adjunct Assistant Professor*
Department of Counseling
Psychology, School of Education, University of North Carolina, Chapel Hill.

Curriculum vita
James H. Hilkey, Ph.D.
Page Four

Taught advanced psychological assessment for graduate students in Counseling Psychology. Served on doctoral dissertation committees and practicum supervisor.

1974 – 1975
*Assistant Adjunct Professor*
Department of Criminology
Indiana State University, Terre Haute, Indiana
Taught graduate level students in personality theory, theories of counseling, psychological aspects of confinement, mental health management in the prison environment

1973 – 1974
*Instructor*
Department of Psychology
Saint Mary's of the Woods College
Terre Haute, Indiana

Taught abnormal psychology to undergraduate women

**Consultant:**

2004 – 2010
Agape Children's' Home
Staff training for residential children/adolescent home
Kisumu, Kenya

1999 – 2004
North Carolina Department of Corrections
Provide consultation to staff – psychological debriefing following critical/traumatic incidents including those assigned to execution teams.

2000 – 2001
Attorney General, State of Florida
Osterback et al. v. Michael Moore (Department of Corrections)
Evaluated conditions of confinement in State of Florida's maximum-security prison units. Class action suit successfully mediated.

2001-2002
Consultant (volunteer) Agape Children Home, Kissumo, Kenya, Staff consultation and program development for orphaned street children.

1988
Temporary assignment to Immigration and Naturalization Service, Federal Bureau of Investigation, and Federal Bureau of Prisons, Oakdale, Louisiana. Interfaced with federal agencies to secure safe release of staff hostages after Cuban detainee takeover. Provided post release care for released hostages and their families.

Curriculum Vita
James H. Hilkey, Ph.D.
Page Five

1980 – 2002      Behavior Analysts and Consults, Inc
Stuart, Florida.
Conduct pre-employment clinical interviews for high-security employees according to Nuclear Regulatory Commission regulations.

1994 – 1998      North Carolina Psychology Board
Review ethical complaints referred by the Psychology Board.

1980 – 1996      United State Department of Justice, Federal Prison System
Technical assistance to mental health delivery systems at Federal Medical Centers at Springfield, Missouri; Rochester, Minnesota; and Ft Worth, Texas, Federal Transportation Center, Oklahoma City, Oklahoma.

1982      National Institute of Corrections, Department of Corrections, State of Oklahoma, Joseph Harp Correctional Center. Staff assistance visit for mental ill inmates

1974 - 1975      Central State Hospital, Indianapolis, Indiana
Provided in-service training for staff at this facility.

1975      Indiana State Department of Corrections, Indiana State Penitentiary, Michigan City, Indiana.
In-service training in therapeutic community treatment for substance abusers.

1971      Chicago YMCA, Chicago, Illinois
Provided staff development training for administrative staff.

1971      Bureau of Indian Affairs, Haskell Indian School
Lawrence, Kansas.
Provided staff training

1969-1971      Interlocken Music Camp
Interlocken, Michigan
Provided staff training/team building workshops for faculty.

1969-1972      Peace Corps
Phoenix, Arizona
Provided psychological screenings for prospective volunteers for oversea assignments.

Curriculum Vita
James H. Hilkey, Ph.D.
Page Six

**Supervised Internships:**

| | |
|---|---|
| 1971-1972 | United States Penitentiary<br>Terre Haute, Indiana |
| 1971 | Summer Presidential Internship<br>United States Department of Justice<br>Terre Haute, Indiana |
| 1973-1974 | Student Health and Counseling Center<br>Indiana State University<br>Terre Haute, Indiana |
| 1966-1968 | Santa Barbara Mental Health Center<br>Santa Barbara, California |

**Dissertation Topic:**

Effects of videotape pretraining and guided performance on selected process and outcome variables of group counseling.

**Licenses and Certifications:**

Licensed Practicing Psychologist
Health Service Provider
North Carolina License Number: 602

Child/Family Forensic Examiner (NC Child Medical Evaluation Program), University of North Carolina at Chapel Hill

National Register of Health Care Providers in Psychology
Register Number: 99333

**Committees:**

| | |
|---|---|
| 2008 | Wellness Committee<br>Durham Academy<br>Durham, NC |
| 1990 | Federal Bureau of Prisons<br>Task Force for Correctional Medical Center Design<br>Washington, D.C. |
| 1980-1990 | Federal Bureau of Prisons<br>Standing Committee for Psychological Testing |

Curriculum Vita
James H. Hilkey, Ph.D.
Page Seven


| 1983 & 1985 | Invited Panel Member, Substance Abuse Treatment<br>Federal Judges Sentencing Institute<br>Raleigh, North Carolina |
| 1985 | Federal Bureau of Prisons<br>Task Force for Critical Incident Debriefing<br>Morgantown, West Virginia |

**Professional Paper Presentation:**

| 2008 | Assessment of Cognitive Impairment in the Criminal<br>Defendant, and Diminished Capacity and Mental Disorders<br>(invited panelist)<br>Forsyth County Defense Lawyers<br>Winston-Salem, NC |
| 1986 | Hilkey, J.H.  A hierarchical model for assessment of the<br>correctional milieu.<br>International Congress of Mental Health<br>Washington, D.C. |
| 1986 | Hilkey, J.H.  Understanding the mental ill offender<br>Invited address, National Sheriff's Association Annual<br>Meeting, Arlington, Virginia |
| 1987 | Hilkey, J.H.  Suicide Prevention in the Federal Bureau of Prisons<br>Winter Conference, American Correctional Association<br>Denver, Colorado |
| 1978 | Hilkey, J.H. and J. Edinger.  The mulimodal paradigm in the<br>correctional –psychiatric environment.<br>Southeastern Psychological Association Meeting<br>Atlanta, Georgia |
| 1978 | Effects of videotape pretraining and guided performance on<br>Selected process and outcome variables on group counseling<br>Southeastern Psychological Association Meeting<br>Atlanta, Georgia |
| 1978 | Edinger, J., J. Hilkey, S. Scher, R. Morris, and J. Hoover.<br>Innovations in correctional treatment: The Butner experience<br>Southern Psychological Association Meeting<br>New Orleans, Louisiana |

James H. Hilkey, Ph.D.
Curriculum Vita
Page Eight

**Publications:**

Hilkey, J.H., C. Wilhelm, and A. Horne. Comparative effects of videotape pretraining Versus no pretraining on selected process and outcome variable in group therapy. *Psychological Reports,* Vol. 50, No. 3, Part 2, 1982

Hilkey, J. H. and C. L. Wilhelm. Forensic evaluations of the notorious defendant *North Carolina Journal of Mental Health*, Summer, 1992

Hilkey, J. H. A theoretical model for assessment of delivery of mental health services in the correctional facility. *Psychiatric Annals,* Vol. 18, No. 2

**References:**

Available upon request